October 27, 2006

Mr. Marc J. Wojciechowski
Wojciechowski & Associates, P.C.
17447 Kuykendahl Road, Suite 200
Spring, TX 77379
Mr. William J. Tinning
Law Office of William J. Tinning
1013 Bluff Drive
Portland, TX 78374

RE: Case Number: 05-0630
 Court of Appeals Number: 13-02-00450-CV
 Trial Court Number: 99-1798-H

Style: WESTERN STEEL COMPANY, INC.
 v.
 HANK ALTENBURG

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to that court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Patsy Perez|
| | |
| |Ms. Cathy |
| |Wilborn |